Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

In the Matter of the Arbitration between SHENENDEHOWA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Appellant, and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, LOCAL 864, et al., Respondents.

Submitted December 3, 2012; decided December 11, 2012

Motion by New York State School Boards Association, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of the Arbitration between SHENENDEHOWA CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Appellant, and CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., LOCAL 1000, AFSCME, AFL-CIO, LOCAL 864, et al., Respondents.

Submitted December 3, 2012; decided December 11, 2012

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted December 3, 2012; decided December 11, 2012

Motion by Complex Insurance Claims Litigation Association et al. for leave to file a brief amici curiae on the appeal herein denied.

Chief Judge LIPPMAN taking no part.